**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00745-001-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Miguel Angel Baez-Castillo, | |
| Defendant. | |

The Court has received Miguel Angel Baez-Castillo's notice of place of imprisonment and request for a speedy trial. (Doc. 25). As there are no currently pending charges against him,

**IT IS ORDERED** that Defendant's motion for a speedy trial (Doc. 25) is denied.

Dated this 10th day of September, 2021.

James A. Teilborg
Senior United States District Judge